IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MARTY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:16CV00008 |
| | ) |
| UNITED DEBT HOLDING, LLC, and | ) |
| NATIONAL CREDIT ADJUSTERS, LLC | ) |
| | ) |
| Defendants. | ) |

### CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on February 25, 2016. The Defendants UNITED DEBT HOLDING, LLC and NATIONAL CREDIT ADJUSTERS, LLC were served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendants:

| Defendant Name: | Date Served: |
|---|---|
| United Debt Holding, LLC | 5/18/2016 |
| National Credit Adjusters, LLC | 5/3/2016 |

The time for the Defendants to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following Defendants:

**UNITED DEBT HOLDING, LLC and**

**NATIONAL CREDIT ADJUSTERS, LLC**

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendants.

JULIA C. DUDLEY, CLERK

By: _____
Deputy Clerk